Eastern District of Kentucky
FILED

AUG 13 2026

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
~~LEXINGTON~~ Frankfort

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 3:26-CR-10-REW-MAS
8 U.S.C. § 1325(a)(2)

OSCAR ALEXIS CASTRO BORJAS

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about July 31, 2026, in Franklin County, in the Eastern District of Kentucky, and elsewhere,

**OSCAR ALEXIS CASTRO BORJAS,**

an alien who had previously entered the United States at a time and place other than as designated by immigration officers, eluded examination or inspection by immigration officers, in violation of 8 U.S.C. § 1325(a)(2).

JASON D. PARMAN
**FIRST ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

Imprisonment for not more than 6 months and a fine of not more than $5,000.

**PLUS:**      Mandatory special assessment of $10.